**CRIMINAL COMPLAINT**
(Submitted electronically)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Jesus Martin Caro-Sanchez**<br>DOB: 2007; United States Citizen<br>**Alexander Ortiz-Romero**<br>DOB: 2007; United States Citizen | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>25-13155MJ |

Complaint for violation of Title 21, United States Code, Section 846

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

**Count 1**

Beginning at a time unknown, and continuing to on or about December 18, 2025, at or near Phoenix, in the District of Arizona, **Jesus Caro-Sanchez** and **Alexander Ortiz-Romero** did knowingly and intentionally combine, conspire, confederate and agree together and with other persons known and unknown to possess with intent to distribute 400 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vi). All in violation of Title 21, United States Code, Section 846.

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

On December 10, 2025, a Homeland Security Investigations (HSI) undercover agent spoke over the phone to a man believed to be Jose **CARO-Sanchez**, aka, "Pinky." The UCA ordered 10,000 fentanyl pills from **CARO**. **CARO** agreed to sell the pills to the UCA for 23 cents per pill, totaling $2,300.

On December 11, 2025, HSI, and Federal Bureau of Investigation (FBI) Tucson agents conducted an undercover operation in Phoenix, Arizona. During the operation, the HSI UCA drove to the residence located at 3807 N. 57th Avenue, Phoenix, Arizona. The UCA knocked on the door of the residence which was answered by a man later identified to be Alexander **ORTIZ-Romero**. The UCA asked **ORTIZ** for 10,000 fentanyl pills. **ORTIZ** placed a phone call in front of the UCA then let the UCA speak on the phone. The UCA noticed the number was saved as contact Pinky. The UCA spoke to "Pinky,' who told the UCA the pills were at the residence, and that the man (**ORTIZ**), would get the pills for the UCA.

**ORTIZ** went back into the residence and walked out a short time later, to retrieve a small bag from a vehicle that was parked in the driveway. **ORTIZ** walked back into the residence. A short time later, **ORTIZ** exited the residence and provided the UCA with approximately 10,000 fentanyl pills in exchange for $2,300. **ORTIZ** provided the UCA with the phone number for "Pinky." Agents had previously identified the phone number to be utilized by **CARO**. During the exchange, the UCA saw **ORTIZ** had a handgun in his waist band.

The UCA departed and met with agents. Agents seized the suspected fentanyl pills as evidence. The bag of pills was field tested and weighed, resulting in a total approximate weight of 1.0981 kilograms and positive results for the properties of fentanyl.

Continued on Page 2

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| REQUEST DETENTION<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br><br>Sworn to telephonically. | SIGNATURE OF COMPLAINANT<br>JANA JORGENSEN  *Digitally signed by JANA JORGENSEN Date: 2025.12.19 10:47:15 -07'00'* |
|---|---|
| | OFFICIAL TITLE<br>FBI Special Agent Jana Jorgensen |
| SIGNATURE OF MAGISTRATE JUDGE[1] *(signed)* | DATE<br>December 19, 2025 |

[1] See Federal Rules of Criminal Procedure Rules 3, 4.1 and 54

Reviewed by AUSA Stefani Hepford

Continuation from Page 1

On December 18, 2025, HSI, FBI, and Drug Enforcement Administration (DEA) Tucson agents served a federal search warrant at 3807 N. 57th Avenue, Phoenix, Arizona. During the service of the warrant, **CARO** fled from the residence and was observed by an air wing asset running through alleyways and jumping into the yards of multiple houses in the neighborhood. Agents arrested **CARO**.

Agents encountered **ORTIZ** and a juvenile male inside the residence. Agents arrested **ORTIZ**. A search of the residence revealed large quantities of suspected fentanyl pills. In one room where suspected fentanyl pills were located, agents found a handgun on a bed. The handgun had a light, which was plugged into a charging cable. Agents seized the handgun, as well as eight other guns found in the residence, including one with a "glock switch" to make it fully automatic. Agents seized approximately 8.3 kilograms of suspected fentanyl pills from the residence (photo below).

Agents transported **CARO** to an Arizona Department of Public Safety (AZDPS) office in Phoenix for an interview. During the interview, **CARO** waived his Miranda Rights and agreed to speak to agents without an attorney present. **CARO** admitted that his alias was "Pinky." **CARO** stated that his handgun was on the bed of room and that the light on the gun was plugged into a charging cable. He said he slept in that room.

